**No. 10-11159. Louis David Johnson, Jr., Petitioner v. Chad Charles, et al.**

565 U.S. 1077, 132 S. Ct. 836, 181 L. Ed. 2d 524, 2011 U.S. LEXIS 8780.

December 5, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-5102. Eric A. Klein, Petitioner v. Talkin, Muccigrosso and Roberts, L.L.P.**

565 U.S. 1077, 132 S. Ct. 836, 181 L. Ed. 2d 524, 2011 U.S. LEXIS 8669.

December 5, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied. Justice Kagan took no part in the consideration or decision of this motion.

**No. 11-5146. Louis David Johnson, Jr., Petitioner v. Kelly Wellman.**

565 U.S. 1077, 132 S. Ct. 836, 181 L. Ed. 2d 524, 2011 U.S. LEXIS 8818.

December 5, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-5719. Gerard D. Grandoit, Petitioner v. Bank of America.**

565 U.S. 1078, 132 S. Ct. 836, 181 L. Ed. 2d 524, 2011 U.S. LEXIS 8710.

December 5, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-5810. In re Mark C. Jackson, Petitioner.**

565 U.S. 1078, 132 S. Ct. 836, 181 L. Ed. 2d 524, 2011 U.S. LEXIS 8723.

December 5, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied. Justice Kagan took no part in the consideration or decision of this motion.

**No. 11-6774. Pamela Cadenhead, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 1078, 132 S. Ct. 836, 181 L. Ed. 2d 524, 2011 U.S. LEXIS 8776.

December 5, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 27, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 410 Fed. Appx. 982.

**No. 11-7175. Maxwell Garnett, Petitioner v. United States.**

565 U.S. 1078, 132 S. Ct. 837, 181 L. Ed. 2d 524, 2011 U.S. LEXIS 8758.

December 5, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 27, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 651 F.3d 578.